ERIE RAILROAD COMPANY, APPELLANT, v. BOARD OF PUBLIC UTILITY COMMISSIONERS, RESPONDENT.

Argued March 6, 1913—Decided June 18, 1913.

On error to the Supreme Court, whose opinion is reported in 54 *Vroom* 67.

For the appellant, *Collins & Corbin.*

For the respondent, *Frank H. Sommer.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons set out in the opinion delivered by this court at the present term in the case of *D., L. & W. R. R. Co.* v. *Public Utility Board, ante p.* 619.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, VOORHEES, KALISCH, BOGERT, CONGDON, WHITE, TERHUNE, JJ.   10.